FILED

JUN 14 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| CAMERON S. ALLSHOUSE,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | No. CV 12-110-BLG-SEH<br><br>**ORDER** |

On May 23, 2013, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Docket No. 26.

Upon review, I find no clear error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 14th day of June, 2013.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Document No. 18.

[3] Document No. 22.